**Order filed June 24, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00644-CV

_____

### IN THE INTEREST OF E.D.S., A CHILD

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2013-24757**

## ORDER

Appellant's brief filed on May 11, 2020, discloses the name of a person who was a minor when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **July 5, 2021.**

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.